UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:25-cv-09431-KK-PD | Date: October 10, 2025 |
| Title *Jenzel Woodfork v. Unknown* | |

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why Petitioner's 28 U.S.C. § 2241 Petition for a Writ of Habeas Corpus Should Not Be Dismissed

On September 30, 2025, Petitioner Jenzel Woodfork ("Petitioner"), who is housed at the United States Penitentiary-Victorville, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. No. 1.

Petitioner was convicted and sentenced to the custody of the Federal Bureau of Prisons to a term of 60 months imprisonment on August 3, 2023, in the United States District Court for the Western District of Oklahoma. See United States v. Jenzel Jermaine Woodfork, Case No. CR-22-00467-001-D.[1] Petitioner challenges how his sentence is being credited by prison authorities. Id. at 2. Petitioner states that he is "just trying to get my jail credit that the B.O.P. failed to calculate on my current sentence." Id.

---

[1] The Court takes judicial notice of the dockets and filings in the Western District of Oklahoma available through the PACER system. Fed. R. Evid. 201; see also Harris v. County of Orange, 682 F. 3d 1126, 1131-32 (9th Cir. 2012) (a court may take judicial notice of court records).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09431-KK-PD                              Date: October 10, 2025

Title     *Jenzel Woodfork v. Unknown*

     Petitioner leaves blank the grounds or reasons that support his claim. Id. at 6-7.  Petitioner is "asking the court to have the F.B.O.P. apply his jail credit to my current sentence that was already granted to me during my sentencing by the sentencing judge."  Id. at 7.

## I.     Discussion

     Habeas petitions brought by federal prisoners under 28 U.S.C. § 2241 are subject to the same screening requirements that apply to habeas petitions brought under 28 U.S.C. § 2254.  Rules Governing Section 2254 Cases in the United States District Courts, 28 U.S.C. foll. § 2254 ("Habeas Corpus Rules"), Habeas Corpus Rule 1(b) (providing that district courts may apply the Habeas Corpus Rules to habeas petitions that are not brought under § 2254). Under Habeas Corpus Rule 2(a), the petition should name as respondent c. Lepe, Warden at USP-Victorville.  Accordingly, a district court may summarily dismiss a § 2241 petition before the respondent files an answer, "[i]f it plainly appears from the face of the petition ... that the petitioner is not entitled to relief."  Habeas Corpus Rule 4; Mayle v. Felix, 545 U.S. 644, 656 (2005).

     The Petition as currently pled does not state any facts in support of any grounds for relief.

## II.    Order

     The Petition appears subject to dismissal for the reasons stated above. The Court will not make a final determination regarding whether the Petition should be dismissed, however, without giving Petitioner an opportunity to address the issues stated above.

     Thus, the Court ORDERS Petitioner to respond **no later than November 6, 2025,** by choosing one of the following options:

1. File a written response explaining why the Petition should not be dismissed.  or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-09431-KK-PD                                  Date: October 10, 2025

Title       *Jenzel Woodfork v. Unknown*

2. File a First Amended Petition that is completely filled out. Petitioner should include information responsive to all of the questions listed on the habeas form and provide facts in support of each of his grounds for relief.

**Failure to file a timely response to this Order as directed above by November 6, 2025, will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rules of Civil Procedure 41(b).**

The Deputy Court Clerk is directed to send Petitioner a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 form.

IT IS SO ORDERED.

Attachments:

CV-27 form--Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241