UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENZEL WOODFORK,<br><br>                    Petitioner,<br><br>        v.<br><br>C. LEPE, WARDEN,<br><br>                    Respondent. | Case No. 2:25-cv-09431-KK-PD<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss, the records on file, and the Report and Recommendation of United States Magistrate Judge. To date, Petitioner has not filed an Opposition to the Motion to Dismiss which the Court construes as consent to the granting of the motion. See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion."). No objections to the Report and Recommendation have been filed.

///

///

///

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.  Accordingly, the Petition is dismissed without prejudice.

DATED:  May 28, 2026

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

2