JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENZEL WOODFORK,

                    Petitioner,

        v.

C. LEPE, WARDEN,

                    Respondent.

Case No. 2:25-cv-09431-KK-PD

**JUDGMENT**

        Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

        IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  May 28, 2026

_____
HON. KENLY KIYA KATO
NITED STATES DISTRICT JUDGE